THE H. B. CLAFLIN COMPANY
*v.*
CHARLES B. KELLEY, Assignee of Imperial Hotel Co.

*Opinion filed November 8, 1897.*

The questions involved in this case are disposed of in the opinion rendered in the case of *H. B. Claflin Co.* v. *Kelley*, (*ante*, p. 20).

*H. B. Claflin Co.* v. *Kelly*, 66 Ill. App. 348, affirmed.

APPEAL from the Appellate Court for the First District;—heard in that court on appeal from the County Court of Cook county; the Hon. ORRIN N. CARTER, Judge, presiding.

JAMES A. FULLENWIDER, for appellant.

EDWARD S. ELLIOTT, (ALDRICH, REED, BROWN & ALLEN, of counsel,) for appellee.

Per CURIAM: This case is almost identical with *H. B. Claflin Co.* v. *Kelley, Assignee of A. C. Mills & Co.* (*ante*, p. 20), and what is there said applies equally to this case. For the reasons given in that opinion the judgment of the Appellate Court herein will be affirmed.

*Judgment affirmed.*